John C. Hillebrecht, Respondent, v. The Brooklyn Union Elevated Railroad Company and The Brooklyn Heights Railroad Company, Appellants.— Judgment modified by reducing the amount of damages to two-fifths of the sum allowed, with a proportionate reduction of the extra allowance, and as modified affirmed, without costs, on the authority of *Wells* v. *Brooklyn Union Elevated R. R. Co., No. 1 (ante,* p. 491), decided herewith. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Olivia E. Hollender, Formerly Known as Olivia E. Reinold, Appellant, v. Bernard A. Reinold and Louisa Welsh, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of William C. Boening, Appellant. Carrie C. Boening, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of James H. Haight, as Executor, etc., of Squire Haight, Deceased, Appellant. Frank L. Young, Special Guardian for Vincent Haight and Clifford Haight, Respondent.— Decree of the Surrogate's Court of .Westchester county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of The Sea Beach Railway Company, Respondent, to Compel the Payment of an Award, etc., for the Purpose of Opening Third Avenue from Sixtieth Street to the Shore Driveway in the Thirtieth Ward, in the Borough of Brooklyn, City of New-York, Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

. A. Mathilde Jahn and Frederic L. Jahn, as Executors, etc., of Gustave A. Jahn, Deceased, Respondents, v. De Elbert A. Reynolds and Edwin M. Millard, Appellants.— We think the parties should proceed to the trial of this case, and express no opinion upon the merits. Order affirmed, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

William King, Respondent, v. Robert C. Fisher and Edward B. Tompkins, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion Present— Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Eva Kohn, Appellant, v. David Meyer, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Clara Kuyan, as Administratrix, etc., of Philip Kuyan, Deceased, Appellant, v. The Rockland Lake Trap Rock Company, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Lawrence Brothers, Incorporated, Respondent, v. Mackenzie Schiff and Fannie Schiff, Appellants.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.